ORDER:
Motion granted.
Initial case management conference is rescheduled to September 11, 2012, at 9:30 a.m.

*s/ John S. Bryant*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| MIDLAND NATIONAL LIFE INSURANCE COMPANY and NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE, <br><br> Plaintiffs, <br><br> v. <br><br> J. CAROL WESSINGER AND W.E. WEEMS, II, AS EXECUTOR OF THE ESTATE OF IRENE W. COWARD, <br><br> Defendants. | No. 3:12-0357 <br><br> JUDGE HAYNES /BRYANT |

**PLAINTIFFS' MOTION TO CONTINUE**
**INITIAL CASE MANAGEMENT CONFERENCE**

Plaintiffs, Midland National Life Insurance Company ("Midland National") and North American Company for Life and Health Insurance ("NACOLAH"), move this Honorable Court to continue the initial case management conference, and in support, state as follows:

1. The plaintiffs have filed a complaint for interpleader naming J. Carol Wessinger ("Wessinger") and W.E. Weems, II, as executor of the estate of Irene W. Coward ("Weems") as defendants. Wessinger and Weems claimed a right to all or a portion of the proceeds from two annuities issued by the plaintiffs to Irene Coward.

2. The undersigned counsel for the plaintiffs was informed that Wessinger and Weems have reached an agreement on distribution of the annuity proceeds.

3. This Court subsequently entered an order continuing the initial case management conference to August 9, 2012.

4. The parties have finally resolved minor differences over language in the settlement agreement and are in the process of exchanging executed agreements and annuity